UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minutes

Date:   March 24, 2021                                  Judge:  Honorable Charles R. Breyer

Court Reporter: Katherine Sullivan
Time: 11 Minutes
Case No.: CR21-0109-1 CRB
Case Name:  USA v. Emilio Jose Heredia Collado (Present) (NC)

Attorney(s) for Government: Matthew Sullivan and Avi Perry
Attorney(s) for Defendant(s): Ted Cassman and Raphael Goldman
Interpreter: N/A
Probation Officer: N/A

Deputy Clerk: Lashanda Scott


                                    PROCEEDINGS

Change of Plea hearing held by Zoom.  Due to the Covid19 pandemic, all parties consent to proceed by video conference. The defendant was sworn.  Plea Agreement provided to the Court.  Defendant plead guilty to Count 1 of the Information.  Status re Sentencing hearing set for August 18, 2021 at 1:30 p.m.