JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

AVI PERRY (NYBN 5035886)
Acting Principal Assistant Chief

MATTHEW F. SULLIVAN (NYBN 4785952)
Trial Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 21-CR-109 (CRB) |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING |
| EMILIO JOSE HEREDIA COLLADO a/k/a EMILIO HEREDIA, | |
| Defendant. | |

On March 23, 2021, the defendant pled guilty, pursuant to a plea agreement, to an information charging on one count of conspiracy to engage in price manipulation, in violation of 18 U.S.C. § 371. The defendant is not in custody. A status hearing regarding sentencing is scheduled for August 18, 2021. The defendant is cooperating with the government's ongoing investigation and the parties have agreed to continue the scheduled status hearing for six months.

It is hereby stipulated by and between the parties through their attorneys of record that the status hearing regarding sentencing should be continued to February 23, 2022 at 1:30 p.m.

DATED: August 10, 2021

_____/s/_____
Ted Cassman
Attorney for Defendant

1  DATED: August 10, 2021

2                                                    /s/
                                          Matthew F. Sullivan
3                                         Trial Attorney

4

5                          [PROPOSED] ORDER

6     The parties having stipulated and good cause appearing therefor, it is so ORDERED.

7  Dated: August 11, 2021

8                                          _____
                                          Hon. Charles R. Breyer
9                                         United States District Court Judge

2