JOSEPH S. BEEMSTERBOER
Acting Chief, Fraud Section
Criminal Division
U.S. Department of Justice

AVI PERRY (NYBN 5035886)
Acting Deputy Chief

MATTHEW F. SULLIVAN (NYBN 4785952)
Trial Attorney

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO JOSE HEREDIA COLLADO<br>　　a/k/a EMILIO HEREDIA,<br><br>　　　　Defendant. | CASE NO. 21-CR-109 (CRB)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING STATUS HEARING REGARDING SENTENCING |

On March 23, 2021, the defendant pled guilty, pursuant to a plea agreement, to an information charging on one count of conspiracy to engage in price manipulation, in violation of 18 U.S.C. § 371. The defendant is not in custody. A status hearing regarding sentencing is scheduled for February 23, 2022. The defendant is cooperating with the government's ongoing investigation and the parties have agreed to continue the scheduled status hearing for four months.

It is hereby stipulated by and between the parties through their attorneys of record that the status hearing regarding sentencing should be continued to June 8, 2022 at 1:30 p.m.

DATED: January 12, 2022

　　　　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　Ted Cassman
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant

1  DATED: January 12, 2022

2                                                              /s/
                                                    Matthew F. Sullivan
3                                                   Trial Attorney

4

5                              **[PROPOSED]** ORDER

6     The parties having stipulated and good cause appearing therefor, it is so ORDERED.

7  Dated: January 13, 2022

8
                                                    Hon. Charles R. Breyer
9                                                   United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28