Ted W. Cassman (CalBN 98932)
    Email: cassman@achlaw.com
Raphael Goldman (CalBN 229261)
    Email: goldman@achlaw.com
ARGUEDAS, CASSMAN, HEADLEY & GOLDMAN LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:   (510) 845-3003

Counsel for Emilio Jose Heredia Collado

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>EMILIO JOSE HEREDIA COLLADO,<br><br>　　　　　Defendant. | Case No. 21-cr-00109-CRB<br><br>**PARTIES' STIPULATION AND PROPOSED ORDER FOR RELEASE OF PASSPORTS TRAVEL TO MEXICO** |

　　　Defendant Emilio Heredia having been sentenced on August 10, 2023, to a term of probation without a term of incarceration, the parties hereby stipulate that the Conditions of Release entered by the Court on March 23, 2021 (Dkt. No. 7) should be terminated and that defense counsel may release Mr. Heredia's U.S. and Mexican passports to Mr. Heredia without further limitation.

　　　The parties further stipulate that during his term of probation Mr. Heredia may travel to Mexico with advance approval of his probation officer and without the necessity of an additional court order.  This stipulation has been approved by U.S. Probation Officer Kristen Coleman.

//

Dated: January 2, 2024

                                          ___/s/ Ted W. Cassman
                                          Ted W. Cassman
                                          Counsel for Emilio Heredia

Dated: January 2, 2024

                                          __/s/ Matthew F. Sullivan
                                          Matthew F. Sullivan
                                          Trial Attorney
                                          Criminal Division
                                          U.S. Department of Justice

## PROPOSED ORDER

Pursuant to the parties' stipulation and good cause appearing, it is hereby ORDERED that defendant's Conditions of Release are hereby terminated and that defense counsel may release Mr. Heredia's U.S. and Mexican passports to Mr. Heredia without further limitation.

Dated: January __, 2024

                                          _____
                                          Hon. Sallie Kim
                                          U.S. Magistrate-Judge